IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emilio Urena-Villa,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>William W Lothrop,<br><br>　　　　　Respondent. | No. CV-21-00287-PHX-DGC<br><br>**ORDER** |

Emilio Urena-Villa has filed a habeas corpus petition under 28 U.S.C. § 2241. Doc. 1. Magistrate Judge Eileen S. Willett issued a report recommending the Court deny the petition ("R&R"). Doc. 17. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.; *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 17) is **accepted**.

2. The petition (Doc. 1) is **denied.**

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied.**

4. The Clerk is directed to enter judgment and **terminate** this action.

Dated this 23rd day of August, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge